UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TRIYONE WILLIAMSON and )
CAMRON CHANEY, )
 )
    Plaintiffs, )
 )   CV 425-011
v. )
 )
CHATHAM COUNTY DETENTION )
CENTER and J. LEE, )
 )
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 6, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff Triyone Williamson's motion to proceed *in forma pauperis* is **DENIED**. Plaintiff Williamson is **ORDERED** to pay the full filing fee within **twenty-one (21) days** of the date of this Order. His failure to do so will result in the dismissal of this action without prejudice.

Further, because Plaintiff Camron Chaney has failed to comply with the Court's Order to show cause why he should not be dismissed as

2

a party plaintiff, Chaney is **DISMISSED** as a plaintiff in this matter.

**SO ORDERED** this __11__ day of February, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2