UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TRIYONE WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | CV425-011 |
| ) | |
| CHATHAM COUNTY ) | |
| DETENTION CENTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

*Pro se* plaintiff Triyone Williamson filed this case alleging he was subjected to excessive force. *See generally* doc. 1. The District Judge adopted the undersigned's recommendation that his request to proceed *in forma pauperis* be denied. Doc. 8. She directed Williamson to pay the required filing fee within twenty-one days. *Id.* at 1. He was expressly warned that failure to timely pay the fee "will result in the dismissal of this action without prejudice." *Id.* He has not paid the fee. *See generally* docket. His Complaint should, therefore, be **DISMISSED**. Doc. 1.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts

1

have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).  Williamson's failure to comply with the District Judge's Order, address his failure to pay the required filing fee, and to prosecute this case warrant dismissal.

Accordingly, Williamson's Complaint should be **DISMISSED**.  *See, e.g.,* Fed. R. Civ. P. 41(b).  This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3.  Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties.  The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge.  The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).  The parties are advised that failure to timely file objections will result in the waiver of

rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 30th day of June, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA