UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TRIYONE WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV425-011 |
| | ) | |
| CHATHAM COUNTY DETENTION CENTER and J. LEE, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Magistrate Judge's June 30, 2025 Report and Recommendation, (doc. 9), to which no objections have been filed. After a careful *de novo* review, the Court agrees with the Magistrate Judge's recommendation. The Court, therefore, **ADOPTS** the Report and Recommendation, (doc. 9), as its opinion and **DISMISSES without prejudice** Plaintiff's complaint, (doc. 1). The Clerk is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 23 day of July, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA